UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 6, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER SUNDERLAND,<br><br>Defendant. | Case No. 2:19-cr-00113-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ROGER SUNDERLAND Case No. 2:19-cr-00113-TLN Charges 18 USC § 922(g)(1); 21 USC § 841(a)(1) from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 100,000 co-signed by Charlotte Ivy

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Pretrial Supervision conditions as stated on the record in open court. Defendant to be released from the custody of USM to Pretrial Services for Well Space Treatment on 9/9/2019 at 9 AM.

Issued at Sacramento, California on September 6, 2019 at ~~2:00 PM~~ 9:00 am

By: _____
Magistrate Judge Kendall J. Newman