The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

ROGER SUNDERLAND

Case Number: 19-113 TLN

**STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF PRETRIAL RELEASE**

**DATE: N/A**
**TIME: N/A**
**DEPT: Hon. Alison Claire**

In the matter at bar Defendant seeks to alter the Court's previously issued Pretrial Release Order issued by the Hon. Kendall J. Newman on September 6, 2019 and revised by order of the Hon. Debra Barnes on January 7, 2020.

I have spoken with Mr. Sunderland's Pretrial Services Officer Mr. Steven Sheehan and he has informed me that he has spoken with AUSA Ross Pearson and the Honorable Alison Claire and both agree that Mr. Sunderland's Special Conditions of Release be amended so that new condition 14 be added as follows:

14,     "You must participate in the Better Choices Court Program and comply with all the rules and regulations of the program. You must remain in the program until released by the Court or a pretrial services officer. In accordance with this condition, you must appear before the Honorable Deborah Barnes, U.S. Magistrate Judge, in Courtroom 27, at a date and time as directed by Pretrial Services"

1

All other orders to remain unchanged.

IT IS THERFORE STIPULATED:

Mr. Sunderland's Second Special Conditions of Release be amended to add a Condition 14 that reads as follows:

## **SECOND SPECIAL CONDITIONS OF RELEASE**

                                                        Re: Sunderland, Roger
                                                        No.: 19-113 TLN
                                                        Date: March 2, 2020

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. Your release on bond will be delayed until Monday, September 9, 2019, at 9:00am at which time you shall be released from the United States Marshals Service directly to Pretrial Services;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You must participate in the substance abuse treatment program at Wellspace, inpatient residential treatment program inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;

12. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.; and,

13. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

14. You must participate in the Better Choices Court Program and comply with all the rules and regulations of the program. You must remain in the program until released by the Court or a pretrial services officer. In accordance with this condition, you must appear before the Honorable Deborah Barnes, U.S. Magistrate Judge, in Courtroom 27, at a date and time as directed by Pretrial Services

All other orders to remain unchanged.

Dated: March 2, 2020

United Sates Attorney
McGregor Scott
_____/S/_____
Ross Pearson
ASSISTANT UNITED STATES ATTORNEY

Dated: March 2, 2020

OLAF W. HEDBERG

_____/S/_____
Olaf W. Hedberg
ATTORNEY FOR ROGER SUNDERLAND

IT IS SO ORDERED

Mr. Sunderland's Second Special Conditions of Release be amended to add a Condition 14 that reads as follows:

## **SECOND SPECIAL CONDITIONS OF RELEASE**

Re: Sunderland, Roger
Case: 19-113 TLN
No.: Date: March 2, 2020

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;
2. Your release on bond will be delayed until Monday, September 9, 2019, at 9:00am at which time you shall be released from the United States Marshals Service directly to Pretrial Services;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You must participate in the substance abuse treatment program at Wellspace, inpatient residential treatment program inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;

12. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.; and,

13. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

14. You must participate in the Better Choices Court Program and comply with all the rules and regulations of the program. You must remain in the program until released by the Court or a pretrial services officer. In accordance with this condition, you must appear before the Honorable Deborah Barnes, U.S. Magistrate Judge, in Courtroom 27, at a date and time as directed by Pretrial Services

be substituted in their place. All other orders to remain unchanged.

Dated:_March 2, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE