PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**
**Jan 31, 2023**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00113-TLN |
| Plaintiff, | |
| v. | |
| ROGER SUNDERLAND, | |
| Defendant. | |

SUPERSEDING INFORMATION

COUNT ONE: [21 U.S.C. § 843(b) - Use of a Communication Facility to Facilitate a Drug Trafficking Offense]

The United States Attorney charges: T H A T

ROGER SUNDERLAND,

defendant herein, on or about July 7, 2018, in the County of Yolo, State and Eastern District of California, did knowingly and intentionally use a communication facility in committing, causing, and facilitating the commission of the felony offense of distribution of methamphetamine, as charged in Count Three of the Indictment, in violation of Title 21, United States Code, Section 843(b).

1  Dated: January 31, 2023

PHILLIP A. TALBERT
United States Attorney

By: _____
ROSS PEARSON
Assistant United States Attorney

**United States v. Roger Sunderland**
**Penalties for Superseding Information**

## COUNT 1:

VIOLATION:   21 U.S.C. § 843(b) - Use of Communication Facility to Facilitate a Drug Trafficking Offense

PENALTIES:   Up to four years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Up to a one-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)