UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 03, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER SUNDERLAND,

    Defendant.

Case No. 2:19-cr-00113-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROGER SUNDERLAND, Case No. 2:19-cr-00113-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

    __X__  Release on Amended Supervised Release Conditions.

    _____  Bail Posted in the Sum of $ _____

    _____  Unsecured Appearance Bond $ _____

    _____  Appearance Bond with 10% Deposit

    _____  Appearance Bond with Surety

    _____  Corporate Surety Bail Bond

    __X__  (Other): The Defendant shall report to the Probation Office on 7/8/2024 at 9:00 a.m.

Sacramento County Jail is further ORDERED to release the defendant with a __X__ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on July 3, 2024 at 2:41 p.m.

By: _____
Magistrate Judge Jeremy D. Peterson