1  The Law Office of Olaf W. Hedberg
   Olaf W. Hedberg, State Bar #151082
2  901 H St., Suite 301
   Sacramento, California 95814
3  (916) 447-1192 office
   ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>v.<br><br>ROGER SUNDERLAND. | Case Number: 2:19-CR-0113 TLN<br>**STIPULATION AND ORDER**<br><br>Date: November 7, 2024<br>Time: 9:30 am<br>Judge: Hon. Troy L. Nunley |

Counsel for the defendant has contacted AUSA Ross Pearson and DPO Ronnie Preap regarding continuing the admit/deny hearing in this Supervised Release Violation matter to December 12, 2024. Counsel for Defendant has spoken with DPO Zylin Miller (who is the Probation Officer assigned to this matter) about resolution in this matter. However, Ms. Miller is currently unavailable. Defense counsel believes that DPO Miller and he will reach a resolution acceptable to both client and the government, and that she will make such recommendation to the Government. However, DPO Zylin is currently unavailable. Both AUSA Pearson and DPO Preap agree that continuance is appropriate.

IT IS SO STIPULATED

Dated: November 4, 2024

Respectfully submitted

/s/ Olaf W. Hedberg                              /s/Ross Pearson
Olaf W. Hedberg                                  Ross Pearson
Attorney for Roger Sunderland            Assistant United States Attorney

**ORDER**

    GOOD CAUSE APPEARING, it is hereby ordered that the November 7, 2024 admit/deny hearing be continued to December 12, 2024 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: November 5, 2024                    _____
                                                                Troy L. Nunley
                                                                Chief United States District Judge