| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | ROSS PEARSON |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile:  (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00113-TLN |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS PETITION TO REVOKE TERM OF SUPERVISED RELEASE AND VACATE ADMIT/DENY HEARING; ORDER |
| v. | |
| ROGER SUNDERLAND, | |
| Defendant. | DATE: December 12, 2024 |
| | TIME: 9:00 a.m. |
| | COURT: Hon. Troy L. Nunley |

     The United States of America, by and through its undersigned counsel, moves to dismiss without prejudice the petition for violation of supervised release, ECF No. 93. The violation petition charges Sunderland with eight violations of his supervised release related to his drug use, failure to communicate with his probation officer, and failure to follow instructions of his probation officer. *See generally* ECF No. 93. Sunderland was arrested and released while the petition was pending. *See* ECF No. 100.

     According to Supervising U.S. Probation Officer Ronnie Preap, Sunderland has performed well on supervision since he was released. He continues to work full time and has not revert to drug use. Given his positive change, Supervising U.S. Probation Officer Preap is recommending dismissal of the petition in the interest of justice.

The United States agrees with this recommendation and therefore moves to dismiss the violation petition without prejudice. The United States also moves to vacate the admit/deny hearing scheduled for December 12, 2024.

Dated: December 6, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

## ORDER

The United States has moved to dismiss the petition for violation of supervised release against Roger Sunderland. The Court hereby grants the motion and orders that the petition for violation of supervised release filed on June 6, 2024, is dismissed without prejudice. The admit/deny hearing scheduled for December 12, 2024, is hereby vacated.

Date: December 9, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE